# ALABAMA COURT OF CRIMINAL APPEALS



December 12, 2025

**CR-2025-0614**

Kenneth E. Morris v. State of Alabama (Appeal from Houston Circuit Court: CC-11-1384.62, CC-11-1385.62, and CC-11-1386.62)

## **NOTICE**

You are hereby notified that on December 12, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk